UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 2:18-06513 AB (ADS)　　　　　　　　　　Date: January 2, 2019

Title: *Frederick Wayne Smith v. Kernan, et al.*

---

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**　(IN CHAMBERS) ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND OBEY COURT ORDERS

　　On July 27, 2018, Plaintiff Frederick Wayne Smith, an inmate at Kern Valley State Prison, filed a Civil Rights Complaint under 42 U.S.C. § 1983. [Dkt. No. 1]. On May 31, 2019, the Court dismissed the Complaint with leave to amend and granted Plaintiff leave to file a First Amended Complaint. [Dkt. No. 22]. Plaintiff filed a First Amended Complaint ("FAC") on July 9, 2019. [Dkt. No. 25]. On November 7, 2019, the Court dismissed the FAC with leave to file an amended complaint by no later than December 9, 2019. [Dkt. No. 26].

　　As of the date of this order, the Court has not received a Second Amended Complaint. Plaintiff instead has filed a document entitled "Declaration to Buttress Pending Complaint Case to Buttress and Dispute the Irregular Response" ("Declaration") [Dkt. No. 29] and a Motion for Preliminary Injunction ("Motion for PI"), which was denied by the District Judge on December 16, 2019. [Dkt. No. 30]. Both filings seemingly ask the Court to order a transfer or compel the return of Plaintiff's personal property. [Dkt. Nos. 29, 30]. Neither address the deficiencies identified by the Court in its Order Dismissing FAC, so the Court does not construe either the Declaration or the Motion for PI as Plaintiff's Second Amended Complaint.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 2:18-06513 AB (ADS)    Date: January 2, 2019

Title: *Frederick Wayne Smith v. Kernan, et al.*

     Plaintiff is hereby **ORDERED TO SHOW CAUSE why this case should not be dismissed for failure to prosecute and obey court orders**. <u>Plaintiff must file a written response by no later than **January 23, 2020**</u>. Plaintiff may respond to this Order to Show Cause by (a) filing a Second Amended Complaint that corrects the problems noted in the November 7, 2019 Order Dismissing with Leave to Amend; or (b) filing a statement with the Court clearly indicating the desire to continue to move forward with the First Amended Complaint despite the weaknesses noted by the Court in the November 7, 2019 Order Dismissing with Leave to Amend.

     Plaintiff is expressly warned that failure to timely file a response to this Order to Show Cause may result in a recommendation to the District Judge that this action be dismissed for failure to prosecute and obey Court orders pursuant to Federal Rule of Civil Procedure 41(b).

     **IT IS SO ORDERED.**

Initials of Clerk <u>kh</u>