UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  2:18-06513 AB (ADS)                                          Date:  May 22, 2020

Title:  *Frederick Wayne Smith v. Kernan, et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

|     Kristee Hopkins     |     None Reported     |
|     Deputy Clerk        |  Court Reporter / Recorder  |

Attorney(s) Present for Plaintiff(s):     Attorney(s) Present for Defendant(s):
              None Present                                None Present

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY LEGAL PROPERTY IS NEEDED TO FILE AN AMENDED COMPLAINT**

On April 14, 2020, the Court dismissed Plaintiff Frederick Wayne Smith's ("Plaintiff") Second Amended Complaint with leave to amend ("ODLA").  [Dkt. No. 36]. The Second Amended Complaint failed to state any claim upon which relief could be granted.  [Id.].  Plaintiff was instructed to file a third amended complaint, voluntarily dismiss, or elect to proceed on the second amended complaint despite its deficiencies. [Id.].  Plaintiff was directed to elect to proceed with one of the three options by no later than May 14, 2020.  [Id.].  On May 12, 2020, Plaintiff submitted a "Motion for the Court to Exercise the Rules of the Court Pursuant to Fundamental Law, and Objection to April 14, 2020 Order Dismissing Second Amended Complaint with Leave to Amend" ("Motion").  [Dkt. No. 37].  Plaintiff asserts that he has not been able to access the law library or his "legal property", and without such, cannot "give the facts" requested by the Court in its April 14, 2020 ODLA.  [Dkt. No. 37, p. 1].  However, Plaintiff's Motion does not explain what "legal property" Plaintiff requires in order to prepare an amended complaint or how this legal property will assist him.

In order for the Court to consider a request for extension of time to file an amended complaint, Plaintiff must **file a written response that specifically identifies what documents he needs from his legal property and how he**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  2:18-06513 AB (ADS)                              Date:  May 22, 2020

Title:  *Frederick Wayne Smith v. Kernan, et al.*

**believes each document will assist him in preparing an amended complaint**. Plaintiff must file such response by no later than **June 5, 2020**.

     As the date to file an amended complaint is now past, Plaintiff is expressly warned that failure to timely file a response to this Order may result in a recommendation to the District Judge that this action be dismissed for failure to prosecute and obey Court orders pursuant to Federal Rule of Civil Procedure 41(b).

     **IT IS SO ORDERED.**

Initials of Clerk <u>kh</u>